# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SANDRA BLUNDETTO, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>*Defendants*. | Civil Action No. 24-1116<br>(MEF)(MAH)<br><br><br>**ORDER** |

United States Magistrate Judge Hammer issued a Report and Recommendation, granting the Plaintiffs' motion to remand this action to state court, on the ground that the parties are not completely diverse.

The Report is thorough and well-reasoned.

The Defendants have not objected to any of Judge Hammer's factual or legal conclusions, or to any aspect of his Report.

Against this backdrop, and in light of the standard of review that applies here, see Equal Emp. Opportunity Comm'n v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017), the Court accepts the Report and Recommendation.

IT IS on this 8th day of May, 2024, **SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.